THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Gwenetta Alease
 Duckett, Appellant.
 
 
 
 
 

Appeal From Charleston County
  R. Markley Dennis, Jr., Circuit Court
Judge

Unpublished Opinion No.  2010-UP-128
 Submitted January 4, 2010  Filed February
17, 2010 

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; and Solicitor Scarlett Anne Wilson, of
 Charleston, for Respondent.
 
 
 

PER CURIAM:  Gwenetta Alease Duckett appeals her guilty
 pleas for first-degree burglary, involuntary manslaughter, and grand larceny, arguing the trial court erred in accepting her guilty
 pleas because her pleas did not comply with the mandates set forth in Boykin
 v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Duckett's
 appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
WILLIAMS, PIEPER, and
 LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.